UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENIO SANDOVAL CARRIZOZA,<br>a/k/a Alan Sepulveda Sandoval,<br><br>Defendant. | CASE NO. 14-CR-059-RSL<br><br>**ORDER** |

On May 21, 2020, the United States Probation Office informed this Court that the defendant in this matter tested positive for coronavirus disease 2019 (COVID-19) on May 20, 2020, while incarcerated at the Federal Correctional Institution at Lompoc, California. He was then immediately placed in quarantine at that facility. The defendant is due to be released from the facility but does not have a release plan that will provide for his care and the Probation Office has been unable to locate a quarantine facility in either the Western District of Washington or the Central District of California, that can ensure that both his medical and basic needs are met as well as the safety of the community. Moreover, even if such a facility were available, the transportation of this defendant would create the potential for needlessly exposing others to this disease. To address all of these emergency concerns, pursuant to

ORDER
14-CR-059-RSL - 1

18 U.S.C. § 3583(e), this Court orders that the conditions of supervised release be modified and directs as follows:

The defendant shall serve a total of no more than twelve days of intermittent confinement in quarantine, beginning on May 22, 2020, with the recommendation that this be served at the Federal Correctional Complex (FCC) at Lompoc, California. The defendant must follow the rules and regulations of the designated facility. This term of intermittent confinement will end once the Bureau of Prisons determines that the defendant has recovered pursuant to the Centers for Disease Control and Prevention (CDC) guidelines.

DATED this 22nd day of May, 2020.

_____
ROBERT S. LASNIK
United States District Judge

ORDER
14-CR-059-RSL - 2